Marc V. Kalagian
Attorney at Law: 149034
Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel.: (562)437-7006
Fax: (562)432-2935
E-mail: rohlfing.kalagian@rksslaw.com

Attorneys for Plaintiff
Matthew C. Terry

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| MATTHEW C. TERRY,<br><br>　　　　Plaintiff,<br><br>　vs.<br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: CV 11-1125 SS<br><br>/~~PROPOSED~~/ ORDER OF DISMISSAL |

　　The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

DATE: January 27, 2012

　　　　　　　　　　　　_____/S/_____
　　　　　　　　　　　　THE HONORABLE SUZANNE H. SEGAL
　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

-1-